JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. EDCV 13-00104-CJC(OPx)                                        Date:  February 11, 2013

Title: FEDERAL NATIONAL MORTGAGE ASSOCIATION v. DOMINADOR O. NICOLAS III, ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                               None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE TO STATE COURT**

     Defendant Dominador O. Nicolas III ("Defendant") removed this action from state court on July 25, 2012.  Defendant based removal of Plaintiff's state-law unlawful detainer action on the presence of diversity and federal question jurisdiction.  Because it was not clear from Defendant's removal papers whether this Court has subject-matter jurisdiction, the Court issued an order to Defendant to show cause no later than February 8, 2013 as to why this case should not be dismissed for lack of subject matter jurisdiction.  (Dkt. No. 7.)  Defendant has failed to respond to the Court's order.

     A district court must remand a case to state court if it appears at any time before final judgment that the district court lacks subject matter jurisdiction.  28 U.S.C. §1447(c).  Because Defendant did not respond to the Court's order to show cause, he has not provided a sufficient basis for federal question or diversity jurisdiction.  28 U.S.C. §§ 1331, 1332.  Accordingly, this case is hereby **REMANDED** to state court.

mtg

MINUTES FORM 11
CIVIL-GEN                                                                                      Initials of Deputy Clerk MU